966 So.2d 568 (2007)
STATE ex rel. Rayshawn CHRISTMAS
v.
STATE of Louisiana.
No. 2007-KH-0163.
Supreme Court of Louisiana.
October 26, 2007.
In re Christmas, Rayshawn;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Avoyelles, 12th Judicial District Court Div. B, No. 103,273; to the Court of Appeal, Third Circuit, No. KH 06-01215.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State v. Parker, 98-0256 (La.5/8/98), 711 So.2d 694.
KNOLL, J., recused.